UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

JUAN J. RAMOS LIZANO and
MARISOL M. PEREZ,

    Plaintiffs,

v.                                      Case No.:   2:19-cv-44-FtM-38MRM

GEOVERA SPECIALTY
INSURANCE COMPANY,

    Defendant.
_____/

## **ORDER**[1]

Before the Court is the parties' Notice of Settlement (Doc. 37), advising that the case has settled and requesting that the Court retain jurisdiction to enforce the terns of the settlement agreement.

Because the parties have settled this case, the Court will administratively close it under Middle District of Florida Local Rule 3.08(b).  But the Court declines to indefinitely retain jurisdiction to enforce the settlement agreement.  The parties are not without recourse, as they may independently enforce their agreement in a separate action.

Accordingly, it is now

**ORDERED:**

(1)    The case is **DISMISSED without prejudice** subject to the right of any party, within thirty (30) days from the date of this Order, to submit a stipulated form of final

---

[1] Disclaimer: Documents hyperlinked to CM/ECF are subject to PACER fees.  By using hyperlinks, the Court does not endorse, recommend, approve, or guarantee any third parties or the services or products they provide, nor does it have any agreements with them.  The Court is also not responsible for a hyperlink's availability and functionality, and a failed hyperlink does not affect this Order.

judgment or request an extension of time to do so, or for any party to move to reopen the case upon a showing of good cause.  See M.D. Fla. R. 3.08(b).  Once the thirty-day period expires, this dismissal shall be deemed with prejudice without further order.

(2)   The Clerk is **DIRECTED** to terminate any scheduled deadlines and administratively close the case.

**DONE** and **ORDERED** in Fort Myers, Florida this 21st day of May, 2020.

*[signature]*
SHERI POLSTER CHAPPELL
UNITED STATES DISTRICT JUDGE

Copies:  All Parties of Record